NO. 07-12-00493-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 14, 2012

_____

2003 DODGE 4 DOOR, NECKLACE, PHILLIPS 47"
TELEVISION, RUN MASTER II GO CART, APPELLANT

v.

STATE OF TEXAS, APPELLEE

_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-548,282; HONORABLE RUBEN GONZALES REYES, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant Rodney White, appearing *pro se,* has filed a notice of appeal challenging the judgment of the trial court in the underlying forfeiture case.

By letter of November 13, 2012, we notified White the required filing fee remained unpaid and explained the appeal was subject to dismissal unless the filing fee was paid within ten days of the date of our letter.  *See* Tex. R. App. P. 42.3(c).  White did not pay the fee or file an affidavit of indigence.

Accordingly, the appeal is dismissed.  *See* Tex. R. App. P. 5, 42.3(c).


James T. Campbell
Justice